GERTRUDE E. TIEDEMANN, Respondent, v. RUDOLPH E.
TIEDEMANN, Appellant.

(Submitted April 28, 1919; decided May 2, 1919.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements. (See 225 N. Y.
709.)